IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT LEE VAUGHT, IV,

      Plaintiff,                    No. 2: 10-cv-1558 KJN P

     vs.

E. SANDOVAL, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Pending before the court are plaintiff's requests for entry of default as to defendant Villanueva filed December 13, 2010, and December 27, 2010.

        On September 22, 2010, the U.S. Marshal was ordered to serve process on defendant Villanueva. The U.S. Marshal has recently informed the court that personal service will soon be attempted on defendant Villanueva because service by mail was not effective. Under these circumstances, plaintiff's motion for default is premature.

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiffs' requests for entry of default (Dkt. Nos. 22, 23) are denied without prejudice.

DATED: January 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

vau1448.def

2