IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT LEE VAUGHT, IV,

    Plaintiff,     No. 2: 10-cv-1558 KJM KJN P

    vs.

E. SANDOVAL, et al.,

    Defendants.     <u>ORDER</u>

_____/

    Pending before the court is defendants' July 12, 2011 motion to vacate the August 5, 2011 dispositive motion deadline. The grounds of this request are that on May 9, 2011 the undersigned recommended that defendants' motion to dismiss be granted. These findings and recommendations are pending before the district court.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' July 12, 2011 motion to vacate the dispositive motion deadline (Dkt. No. 45) is granted;

    2. The August 5, 2011 dispositive motion deadline is vacated.

DATED: July 26, 2011

                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

va1558.vac